(113 So. 313)

## Ex parte CITY OF FLORALA.

## In re CITY OF FLORALA v. GRIFFIN et al.

### (4 Div. 306.)

Supreme Court of Alabama. June 9, 1927.

Petition for Mandamus to Hon. W. L. Parks, Judge of Twelfth Judicial Circuit.

A. Whaley, of Andalusia, for petitioner.

J. Morgan Prestwood and A. R. Powell, both of Andalusia, for respondent.

BOULDIN, J. This is a companion case with Ex parte City of Florala, In re City of Florala v. A. E. McLeod, 113 So. 312,[1] this day decided, and is governed by the same legal principles. On the authority of that case, the petition for mandamus is here denied.

Mandamus denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

━━━━━━

(113 So. 317)

### Harley PRUITT v. STATE. (7 Div. 760.)

Supreme Court of Alabama. June 9, 1927.

Certiorari to Court of Appeals.

Longshore & Longshore, of Columbiana, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J. Petition of Harley Pruitt for certiorari to the Court of Appeals to review and revise the judgment of that court in Pruitt v. State, 113 So. 316.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.